**Copyrights-In-Suit for IP Address 24.193.2.68**

**ISP:** Time Warner Cable
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sex For Three By The Sea | PENDING | 07/29/2017 | 08/30/2017 | 09/17/2017 |
| Sex Games | PA0002042046 | 01/14/2017 | 03/25/2017 | 03/18/2017 |
| Green With Envy | A0002042047 | 01/11/2017 | 03/15/2017 | 03/18/2017 |
| Best Friends Or Lesbians | PA0002042078 | 02/18/2017 | 03/15/2017 | 02/23/2017 |
| Girl Time | PENDING | 12/03/2016 | 08/31/2017 | 01/07/2017 |
| Introducing Milla | PA0002042075 | 12/29/2016 | 03/24/2017 | 01/07/2017 |
| My Favorite Taboo | PA0002042069 | 12/31/2016 | 03/24/2017 | 01/07/2017 |
| Hello Sunshine | PA0002042082 | 12/13/2016 | 03/24/2017 | 01/07/2017 |
| Luscious Lena | PA0002035904 | 09/27/2016 | 12/05/2016 | 11/20/2016 |
| Sweeter Than Wine | PA0002035896 | 10/12/2016 | 12/04/2016 | 11/20/2016 |
| Wet Perfection | PA0002036156 | 10/07/2016 | 12/04/2016 | 11/20/2016 |
| Cum For A Ride | PA0002036145 | 10/21/2016 | 12/04/2016 | 11/20/2016 |
| Superhot Sexting | PA0002025239 | 08/31/2016 | 11/13/2016 | 09/18/2016 |
| Romance in the Garden | PA0002025238 | 08/27/2016 | 11/13/2016 | 09/18/2016 |
| Girl Crush | PA0002033406 | 08/22/2016 | 10/20/2016 | 08/28/2016 |
| Pink Kitty | PA0002031877 | 06/16/2016 | 08/29/2016 | 07/10/2016 |
| Alone With You | PA0002031867 | 06/29/2016 | 08/29/2016 | 07/10/2016 |
| Fine Fingerfucking | PA0002015098 | 04/30/2016 | 05/31/2016 | 07/10/2016 |
| Sultry Summer Heat | PA0002031870 | 06/25/2016 | 08/29/2016 | 07/10/2016 |
| The Ranch Hand | PA0002031863 | 07/02/2016 | 08/29/2016 | 07/10/2016 |

**Total Malibu Media, LLC Copyrights Infringed:  20**

EXHIBIT B

SNY378