UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MALIBU MEDIA, LLC,

                        Plaintiff,

      vs.

SACHIYO KAJITANI,

                        Defendant.

-------------------------------------------------------------X

Case No. 1:17-cv-09136-RWS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/18

RECEIVED MAY 07 2018 JUDGE SWEET CHAMBERS

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 24.193.2.68 ("Defendant") through his counsel, Robert Z. Cashman. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: May 4, 2018

Respectfully Submitted,

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq.
NY Bar No.: 2133304
664 Chestnut Ridge Road
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
E-Mail: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

So ordered
Sweet USDJ
5-7-18

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq.