UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                              :
MALIBU MEDIA, LLC,                         :
                                                              :   Case No. 1:17-cv-09136-RWS
                        Plaintiff,           :
                                                  :
              vs.                                      :
                                                  :
JOHN DOE subscriber assigned IP address  :
24.193.2.68,                                            :
                        Defendant.     :
------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.193.2.68. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 5, 2018                    Respectfully Submitted,

                                                                  By: <u>/s/ Kevin T. Conway, Esq.</u>
                                                                   Kevin T. Conway, Esq.
                                                                   NY Bar No.: 2133304
                                                                   664 Chestnut Ridge Road
                                                                   Spring Valley, NY 10977-6201
                                                                   T: (845) 352-0206
                                                                   F: (845) 352-0481
                                                                   Email: <u>ktcmalibu@gmail.com</u>
                                                                   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                   By: /s/ *Kevin T. Conway*