UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
MALIBU MEDIA, LLC,                                             :
                                                               :   Case No. 1:17-cv-09136-RWS
                              Plaintiff,                       :
                                                               :
               vs.                                             :
                                                               :
SACHIYO KAJITANI,                                              :
                                                               :
                              Defendant.                       :
---------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF DEFENDANT SACHIYO KAJITANI

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Sachiyo Kajitani ("Defendant") through her counsel, Robert Z. Cashman. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Sachiyo Kajitani from this action with prejudice. Defendant was assigned the IP Address 24.193.2.68. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 6, 2018                     Respectfully Submitted,

                                        By: /s/ Kevin T. Conway, Esq.
                                        Kevin T. Conway, Esq. (KC-3347)
                                        664 Chestnut Ridge Road
                                        Spring Valley, NY 10977-6201
                                        T: (845) 352-0206
                                        F: (845) 352-0481
                                        Email: ktcmalibu@gmail.com
                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*