UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

MALIBU MEDIA, LLC,

                     Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
24.193.2.68,

                     Defendant.

----------------------------------------------------------X

Case No. 1:17-cv-09136-RWS

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.193.2.68. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 5, 2018            Respectfully Submitted,

*So ordered*
*Sweet USDJ*
*6-6-18*

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq.
NY Bar No.: 2133304
664 Chestnut Ridge Road
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*

2