✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

   In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  17-cv-09136-RWS | DATE FILED  11/21/2017 | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC | Sachiyo Kajitani |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

   In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | . | |

   In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☑ No | DATE RENDERED<br>6/6/2018 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>6/7/2018 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :    Case No. 1:17-cv-09136-RWS
                                      Plaintiff,                 :
                                                                 :
                   vs.                                           :
                                                                 :
SACHIYO KAJITANI,                                                
                                                                                            :
                                      Defendant.                 :
-----------------------------------------------------------------X
```

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF DEFENDANT SACHIYO KAJITANI

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Sachiyo Kajitani ("Defendant") through her counsel, Robert Z. Cashman. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Sachiyo Kajitani from this action <u>with prejudice</u>. Defendant was assigned the IP Address 24.193.2.68. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 6, 2018                         Respectfully Submitted,

                                            By: <u>/s/ Kevin T. Conway, Esq.</u>
                                            Kevin T. Conway, Esq. (KC-3347)
                                            664 Chestnut Ridge Road
                                            Spring Valley, NY 10977-6201
                                            T: (845) 352-0206
                                            F: (845) 352-0481
                                            Email: ktcmalibu@gmail.com
                                            *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                   By: /s/ *Kevin T. Conway*

**Copyrights-In-Suit for IP Address 24.193.2.68**

**ISP:** Time Warner Cable
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sex For Three By The Sea | PENDING | 07/29/2017 | 08/30/2017 | 09/17/2017 |
| Sex Games | PA0002042046 | 01/14/2017 | 03/25/2017 | 03/18/2017 |
| Green With Envy | A0002042047 | 01/11/2017 | 03/15/2017 | 03/18/2017 |
| Best Friends Or Lesbians | PA0002042078 | 02/18/2017 | 03/15/2017 | 02/23/2017 |
| Girl Time | PENDING | 12/03/2016 | 08/31/2017 | 01/07/2017 |
| Introducing Milla | PA0002042075 | 12/29/2016 | 03/24/2017 | 01/07/2017 |
| My Favorite Taboo | PA0002042069 | 12/31/2016 | 03/24/2017 | 01/07/2017 |
| Hello Sunshine | PA0002042082 | 12/13/2016 | 03/24/2017 | 01/07/2017 |
| Luscious Lena | PA0002035904 | 09/27/2016 | 12/05/2016 | 11/20/2016 |
| Sweeter Than Wine | PA0002035896 | 10/12/2016 | 12/04/2016 | 11/20/2016 |
| Wet Perfection | PA0002036156 | 10/07/2016 | 12/04/2016 | 11/20/2016 |
| Cum For A Ride | PA0002036145 | 10/21/2016 | 12/04/2016 | 11/20/2016 |
| Superhot Sexting | PA0002025239 | 08/31/2016 | 11/13/2016 | 09/18/2016 |
| Romance in the Garden | PA0002025238 | 08/27/2016 | 11/13/2016 | 09/18/2016 |
| Girl Crush | PA0002033406 | 08/22/2016 | 10/20/2016 | 08/28/2016 |
| Pink Kitty | PA0002031877 | 06/16/2016 | 08/29/2016 | 07/10/2016 |
| Alone With You | PA0002031867 | 06/29/2016 | 08/29/2016 | 07/10/2016 |
| Fine Fingerfucking | PA0002015098 | 04/30/2016 | 05/31/2016 | 07/10/2016 |
| Sultry Summer Heat | PA0002031870 | 06/25/2016 | 08/29/2016 | 07/10/2016 |
| The Ranch Hand | PA0002031863 | 07/02/2016 | 08/29/2016 | 07/10/2016 |

**Total Malibu Media, LLC Copyrights Infringed:  20**

EXHIBIT B

SNY378